UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Originating Case No. 19-cr-05259
Case No. 21-30477

v.

**BRYAN ONEAL NEWELL, JR.**,

       Defendant.
_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant **BRYAN ONEAL NEWELL, JR.** to answer to charges pending in another federal district, and states:

1. On or about October 8, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of California based on a Pretrial Violation.

1

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    Saima S. Mohsin
    Acting United States Attorney


    s/Patrick Corbett
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI   48226-3211
    patrick.corbett@usdoj.gov
    (313) 226-9703

Date: October 8, 2021